# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANDREW ZITIN,** | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | No.: 09-1754 |
| | : | |
| | : | |
| **CITY OF PHILADELPHIA, et al.,** | : | |
| Defendants | : | |
| | : | |

## ORDER

**AND NOW,** this          day of                    , 2010, upon consideration of Plaintiff's Motion to Deem Admissions Admitted, and the response thereto, it is hereby **ORDERED and DECREED** that said Motion is **DENIED.**

BY THE COURT:

_____
**JOYNER,    J.**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

| | | |
|---|---|---|
| **ANDREW ZITIN,** | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | No.: 09-1754 |
| | : | |
| | : | |
| **CITY OF PHILADELPHIA, et al.,** | : | |
| Defendants | : | |
| | : | |

_____

## DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO DEEM ADMISSIONS ADMITTED

Defendants, by and through their attorney, Niya L. Blackwell, Esquire, hereby file their response to Plaintiff's Motion to Deem Admissions Admitted as follows:

1. On May 4, 2010, Plaintiff served Requests for Admissions, Sets I and II upon Defendants.

2. By letter to Plaintiff, dated June 11, 2010, Defendants requested additional time to complete the (121) Interrogatories.

3. On June 16, 2010, The Court extended the deadline for responses to Plaintiff's Request for Admissions until July 12, 2010.

4. On July 12, 2010, Defendants served responses to Plaintiff's Requests for Admissions upon Plaintiff, by first class mail.

WHEREFORE, Defendants, respectfully request that this Honorable Court Deny Plaintiff's Motion to Deem Admissions Admitted at Moot.

Date: July 13, 2010

/s/ Niya L. Blackwell
NIYA L. BLACKWELL
Deputy City Solicitor

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
_____

| | | |
|---|---|---|
| **ANDREW ZITIN,** | : | |
| **Plaintiff,** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **No.: 09-1754** |
| | : | |
| **CITY OF PHILADELPHIA, et al.,** | : | |
| **Defendants** | : | |

_____

**CERTIFICATE OF SERVICE**

      I hereby certify that on this date, a true and correct copy of Defendants' Motion in Opposition to Plaintiff's Motion to Deem Admissions Admitted was filed via ECF and is available for viewing and downloading via the ECF system. I further certify that I directed that a copy of the same should be served upon counsel for the plaintiff, via first class mail, postage prepaid, as follows:

**TO:**    L. Kenneth Choitner, Esquire
            1818 Market Street
            Suite 3620
            Philadelphia, PA  19103


            /s/ Niya L. Blackwell
            NIYA L. BLACKWELL
            Deputy City Solicitor

DATE: July 13, 2010